JS - 6

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
California Bar No. 248634
GEOFFREY D. WILSON
Assistant United States Attorney
California Bar No. 238577
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-2442/2420
   Fax No.: (213) 894-7819
   Indira.J.Cameron-Banks@usdoj.gov
   Geoffrey.Wilson@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY GREENE ) | CV 08-01926 GAF (AGRx) |
|    Plaintiff, ) | |
| v. ) | **ORDER** OF DISMISSAL |
| UNITED STATES OF AMERICA, ) DEPARTMENT OF VETERANS ) AFFAIRS AND DOES 1 TO 10 ) | |
|    Defendants. | Hon. Gary A. Feess |

    Having considered the joint stipulation of the parties, IT IS SO ORDERED that the above entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs and fees, including any attorney fees.

DATED: February 9, 2010

_____
UNITED STATES DISTRICT JUDGE